UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Lexington Insurance Company,** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:11CV00416 MLM |
| ) | |
| **S&N Display Fireworks, Inc., et al,** ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on March 7, 2011, and assigned to the Honorable Mary Ann L. Medler. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:11cv00040 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:11cv00416 MLM is hereby administratively closed. Judge Medler's name will be replaced for future assignment.

Dated this 8th day of March, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. **1:11cv00040 LMB** in all future matters concerning this case.